IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fanning, Patrick J

Printed: 9/19/06

Case Number: 06 B 09444
Judge: Doyle, Carol A
Filed: 8/4/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: September 12, 2006
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | TSYS Total Debt Management | Unsecured | 0.00 | 0.00 |
| 4. | La Scala Homeowners Association | Secured | | No Claim Filed |
| 5. | First Bank & Trust Of Evanston | Secured | | No Claim Filed |
| 6. | Cingular Wireless | Unsecured | | No Claim Filed |
| 7. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 8. | Direct Merchants | Unsecured | | No Claim Filed |
| 9. | Ricardo Jones | Unsecured | | No Claim Filed |
| 10. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 11. | Target | Unsecured | | No Claim Filed |
| 12. | Beth Long | Unsecured | | No Claim Filed |
| 13. | Public Storage | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fanning, Patrick J

Printed: 9/19/06

Case Number: 06 B 09444
Judge: Doyle, Carol A
Filed: 8/4/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_